FILED
JAMES J. VILT, JR. - CLERK

MAY 15 2024

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT BOWLING GREEN

1:24-cr-20-GNS

UNITED STATES OF AMERICA                                    PLAINTIFF

vs.

JACOB ALLEN JACKSON                                         DEFENDANTS

## NOTICE OF ENTRY OF APPEARANCE

United States Department of Justice Trial Attorney Aaron L. Jennen hereby enters his appearance of record on behalf of the United States of America.

Respectfully submitted,

COREY R. AMUNDSON
Chief, Public Integrity Section
United States Department of Justice

*/s/ Aaron L. Jennen*
Aaron L. Jennen
Trial Attorney
U.S. Department of Justice
Public Integrity Section
1301 New York Ave., NW
Washington, DC 20005
Tel: (202) 514-1412
Aaron.Jennen2@usdoj.gov